No. 72–855. ALLEGHENY AIRLINES, INC. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–869. BOOTSTRAP TRADING CO., INC. *v.* PHOENIX TALLOW CO. ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–880. BRUSH *v.* SAN FRANCISCO NEWSPAPER PRINTING CO. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–896. ILLINOIS STATE EMPLOYEES UNION, COUNCIL 34, AMERICAN FEDERATION OF STATE, COUNTY, & MUNICIPAL EMPLOYEES, AFL–CIO, ET AL. *v.* LEWIS, SECRETARY OF STATE OF ILLINOIS. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–900. McDOWELL *v.* TEXAS BOARD OF MENTAL HEALTH AND MENTAL RETARDATION ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–920. ZORN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–926. HORELICK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5475. MARTIN *v.* BRIERLEY, WARDEN. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.